JODY A. LANDRY, Bar No. 125743
LINDSEY M. STEVENS, Bar No. 265700
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA  92101.3577
Telephone:     619.232.0441
Fax No.:        619.232.4302
Email: jlandry@littler.com
Email: lstevens@littler.com

Attorneys for Defendant SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. NIGRO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.<br><br>　　　　　Defendant. | Case No. '11CV1541 MMAJMA<br><br>(San Diego Superior Court Case No. 37-2011-00092032-CU-WT-CTL)<br><br>**DECLARATION OF C. MILLER IN SUPPORT OF NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |

I, Catherine Miller, do hereby declare and state as follows:

1.　　I am an individual and have personal knowledge of the facts set forth in this declaration, or I have knowledge of such facts based on my review and knowledge of the business records and files of Sears, Roebuck and Co., and could testify to the same if called as a witness in this matter.

2.　　I currently work for Sears Holdings Management Corporation as a Senior Employment Paralegal. Defendant Sears, Roebuck and Co. ("Sears") is a wholly-owned subsidiary of Sears Holdings Corporation.

3.　　At the time this action was filed and at the time of this declaration, Sears was, and still is, a corporation incorporated under the laws of the State of New York.

4.　　At the time this action was filed and at the time of this declaration, the principal

executive offices of Sears and its corporate headquarters were, and still are, located at 3333 Beverly Rd., Hoffman Estates, Illinois 60179.

5. Sears' corporate records show that prior to his termination, Plaintiff Anthony V. Nigro earned $18.00 per hour, and was classified as a thirty-five hour per week full-time employee. One year of wages at Plaintiff's rate of pay would amount to approximately $37,440.

6. On August 27, 2010, Plaintiff Anthony Nigro's current counsel, Kirk D. Hanson, sent Sears a demand letter requesting $175,000 to settle Plaintiff's claims against the company. A true and correct copy of Mr. Hanson's August 27, 2010 letter is attached hereto as Exhibit 1.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 12 day of July, 2011, at Hoffman Estates, Illinois.

*/s/ Catherine Miller*
CATHERINE MILLER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Firmwide:102725012.1 016144.1316         2.

DECLARATION OF CATHERINE MILLER ISO NOTICE OF REMOVAL