Kirk D. Hanson, SBN 167920
email: hansonlaw@cox.net
LAW OFFICES OF KIRK D. HANSON
2790 Truxtun Road, Suite 140
San Diego, CA 92106
Telephone: (619) 523-1992
Facsimile: (619) 523-9002

Attorney for Plaintiff
ANTHONY NIGRO

JODY A. LANDRY, Bar No. 125743
email: jlandry@littler.com
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
SEARS, ROEBUCK AND CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY V. NIGRO,<br><br>          Plaintiff,<br><br>v.<br><br>SEARS, ROEBUCK AND CO.,<br><br>          Defendant. | Case No. 11-cv-1541-MMA (JMA)<br><br>**JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

LITTLER MENDELSON
A Professional Corporation
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Case No. 11-cv-1541-MMA (JMA)

JOINT MOTION TO DISMISS CASE

The parties, through their respective attorneys, state as follows:

1. The parties agree to dismiss this matter and stipulate to the dismissal with prejudice of all claims alleged, or that could have been alleged in this case.

2. Each party is to pay their own costs and attorneys' fees.

IT IS SO STIPULATED.

Dated: July 1, 2015

/s/ Kirk D. Hanson (*with permission*)
LAW OFFICES OF KIRK D. HANSON
Attorney for Plaintiff
ANTHONY V. NIGRO

Dated: July 1, 2015

/s/ Jody A. Landry
JODY A. LANDRY
LITTLER MENDELSON, P.C.
A Professional Corporation
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

Firmwide:134093010.1 016144.1316

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441

Case No. 11-cv-1541-MMA (JMA)

JOINT MOTION TO DISMISS CASE